#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### WACO DIVISION

| | |
|---|---|
| **AUTHENTIXX LLC**<br>*Plaintiff,*<br><br>v.<br><br>**FIRST UNITED BANK**<br>*Defendant.* | **CIVIL ACTION NO. 6:23-CV-237-ADA** |

### JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Authentixx, LLC and First United Bank have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned actions. The parties move the Court to dismiss in the above-entitled cause all claims by Authentixx against First United Bank with prejudice and to dismiss any and all counterclaims by First United Bank against Authentixx without prejudice.

Authentixx and First State Bank also move the Court to order that all costs and expenses related to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. A proposed Order accompanies this motion.

Dated:  July 10, 2023

Respectfully submitted,

By:  */s/ Jason D. Mazingo*_____

**Jason D. Mazingo**
State Bar No. 24055925
Jason@MazingoFirm.com
THE MAZINGO FIRM, P.C.
118 West Houston Street
Tyler, Texas 75702
Phone:  903.630.7123
Fax:     903.218.7849

**ATTORNEYS FOR DEFENDANT
FIRST UNITED BANK**

By:   <u>/s/ Isaac RabicoffI (with permission)</u>

**Isaac Rabicoff**
Rabicoff Law LLC
600 Mamaroneck Avenue STE 400
Harrison, New York 10528
7736694590

**ATTORNEYS FOR AUTHENTIXX LLC**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated his willingness to join the relief sought by this Motion.

<u>/s/ *Jason D. Mazingo*</u>
Jason D. Mazingo

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 10, 2023. Any other counsel of record will be served by first class U.S. mail on this same date.

<u>/s/ *Jason D. Mazingo*</u>
Jason D. Mazingo